UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES – GENERAL

| Case No. | 2:24-cv-09369-ODW (AJRx) | Date | December 13, 2024 |
|---|---|---|---|
| Title | *Karin Stanford v. Roam Agency et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings:**           **In Chambers**

     Plaintiffs filed the Complaint in this matter on October 30, 2024. (Compl., ECF No. 1.) Plaintiff did not file the requisite Notice of Interested Parties. *See* L.R. 7-1.1; (Notice Deficiencies, ECF No. 3). Accordingly, on November 12, 2024, the Court ordered Plaintiff to file a Notice of interested parties within five days. (Resp. by Court, ECF No. 7.) To date, more than one month later, the Court has received no response from Plaintiff to the Court's Order. Consequently, the Court **DISMISSES** Plaintiffs' Complaint **without prejudice** for lack of prosecution and for failure to comply with the Orders of the Court. The Clerk of the Court shall close the case.

                                                                             :    00

Initials of Preparer    SE